NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DONALD SANOR,                                )
                                             )
          Appellant,                         )
                                             )
v.                                           )          Case No. 2D17-4343
                                             )
STATE OF FLORIDA,                            )
                                             )
          Appellee.                          )
                                             )
_____     )

Opinion filed June 26, 2019.

Appeal from the Circuit Court for Polk
County; Mark F. Carpanini, Judge.

Ita M. Neymotin, Regional Counsel,
Second District, and Joseph Thye Sexton,
Assistant Regional Counsel, Office of
Criminal Conflict and Civil Regional
Counsel, Fort Myers, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


          Affirmed.


SILBERMAN, BLACK, and ATKINSON, JJ., Concur.